■ In the Matter of LENORE LEEPSON et al., Appellants, v JOSEPH H. HOLLAND, as Commissioner of the New York State Division of Housing and Community Renewal, Office of Rent

Administration, Respondent, and WESTMINSTER PROPERTIES, LTD., Intervenor-Respondent. [665 NYS2d 895] —Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered December 18, 1996, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Nardelli, Rubin and Mazzarelli, JJ. *[See,* 171 Misc 2d 84.]